THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Roger Dewayne Martin, Appellant,
 
 
 

Appeal From Aiken County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2006-UP-149
Submitted March 1, 2006  Filed March 13, 2006   

DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia; for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Roger Dewayne Martin was convicted of murder and possession of a firearm during commission of a violent crime.  He maintains the trial judge erred in sending only the definitions of the three crimes charged in response to the jurys request for an additional charge.  After a thorough review of the record and counsels brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Smiths appeal and grant counsels motion to be relieved.
APPEAL DISMISSED. 
HEARN, C.J., ANDERSON, and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.